NINA WILDER (CA SBN 100474)
WEINBERG & WILDER
523 OCTAVIA STREET
SAN FRANCISCO, CALIFORNIA 94102
TEL. (415) 431-3472
e-mail: ninawilder@aol.com

Attorneys for Defendant
MARK GIBSON

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Criminal Number: CR-06-00189-SBA |
| Plaintiff, ) | |
| v. ) | **STIPULATION TO SET FOR CHANGE OF PLEA; ORDER** |
| MARK GIBSON, ) | |
| Defendants. ) | |

**IT IS HEREBY JOINTLY REQUESTED** by the parties, through their undersigned attorneys, that the above-captioned matter be scheduled for a change of plea by defendant Gibson, pursuant to a written plea agreement, on November 7, 2006 at ~~9:00 a.m.~~ 11:00 a.m.

Dated: 10/24/06

GARTH HIRE
Assistant United States Attorney
Attorney for Plaintiff

Dated: October 24, 2006

NINA WILDER
Attorney for Defendant
MARK GIBSON

STIPULATION AND ORDER TO SET FOR CHANGE
OF PLEA (CR 06-00189-SBA)                                          1

1                  **IT IS SO ORDERED.**

2

3 Dated: 11/1/06                      _/s/ Saundra B. Armstrong_

4                                       HON. SAUNDRA BROWN ARMSTRONG
                                        United States District Judge

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28 STIPULATION AND ORDER TO SET FOR CHANGE
    OF PLEA (CR 06-00189-SBA)                  2