KEVIN V. RYAN (CASBN 118321)
United States Attorney

MARK L. KROTOSKI (CASBN 138549)
Chief, Criminal Division

GARTH HIRE (CASBN 187330)
Assistant United States Attorney

   1301 Clay Street, Suite 340S
   Oakland, California 94612-5217
   Telephone:  (510) 637-3929
   Facsimile:  (510) 637-3724

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 06-00189 SBA |
| ) | |
|    Plaintiff, ) | STIPULATION TO RESCHEDULE |
| ) | HEARING FOR CHANGE OF PLEA AND |
|    v. ) | SENTENCING;  ORDER EXCLUDING |
| ) | TIME |
| MARK GIBSON, ) | |
| ) | |
|    Defendant. ) | |

      Plaintiff, by and through its attorney of record, and defendant, by and through his attorney of record, hereby stipulate and ask the Court to find as follows:

      1.    Defendant Mark Gibson is currently scheduled to appear before this Court on February 27, 2007, for change of plea and judgment and sentencing pursuant to a binding plea agreement that has been submitted to the Court for consideration pursuant to Federal Rule of Criminal Procedure 11(c)(1)©.

      2.    Counsel for the government is required to be out of the district on work-related travel from February 12 through 22, 2007, and will not be available to file the necessary sentencing memoranda by the currently scheduled hearing.

      3.    The parties thus request that the hearing for change of plea and judgment and sentencing be continued two weeks until 10 a.m. on March 13, 2007.

4. The parties further stipulate and request that the Court find and order that the time period from February 27, 2007, through March 13, 2007, is excludable under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(1)(I) because that period of delay results from consideration by the Court of a proposed plea agreement entered into by the defendant and the government pursuant to Federal Rule of Criminal Procedure 11(c)(1)©.

IT IS SO STIPULATED.

DATE: February 9, 2007                     Respectfully submitted,

                                                   KEVIN V. RYAN
                                                 United States Attorney

                                                 /s/[1]
                                               GARTH HIRE
                                               Assistant United States Attorney

                                               Attorneys for Plaintiff
                                               UNITED STATES OF AMERICA

DATE: February 9, 2007                           /s/
                                               NINA WILDER, ESQ.

                                               Counsel for Mark Gibson

---

[1] I hereby attest that I have on file all the holograph signatures for any signatures indicated by a "conformed" signature (/s/) within this e-filed document.

**ORDER**

FOR GOOD CAUSE SHOWN, IT IS SO FOUND AND ORDERED THAT:

The currently scheduled February 27, 2007, hearing for change of plea and judgment and sentencing is hereby vacated.  Time is excluded for purposes of the Speedy Trial Act from February 27, 2007, through the hearing date of March 13, 2007, pursuant to 18 U.S.C.3161(h)8(A)&(B)iv and § 3161(h)(1)(I) because that period of delay results from consideration by the Court of a proposed plea agreement entered into by the defendant and the government pursuant to Federal Rule of Criminal Procedure 11(c)(1)©), and to allow for continuity of Government Counsel.

DATED: 2/9/07        _____
HONORABLE SAUNDRA BROWN ARMSTRONG
UNITED STATES DISTRICT JUDGE