Nina Wilder (SBN 100474)
Law Offices Of
WEINBERG & WILDER
523 Octavia Street
San Francisco, CA 94102
Telephone (415) 431-3472
Facsimile   (415) 552-2703

Attorneys for Defendant
MARK GIBSON

FILED
MAR 13 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

IN THE UNITED STATES DISTRICT COURT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> ) <br> ) <br> vs. ) <br> ) <br> MARK GIBSON, ) <br> ) <br> Defendants. ) <br> _____ ) | CR 06-00189-SBA <br><br> **ORDER RECOMMENDING TRANSFER TO FDC DUBLIN PENDING DESIGNATION** |

TO: UNITED STATES MARSHALS SERVICE and BUREAU OF PRISONS:

IT IS HEREBY RECOMMENDED that Defendant Mark Gibson be transferred from the Alameda County Glenn Dyer Jail to the Federal Detention Center in Dublin, California following his sentencing on March 13, 2007 as soon as space becomes available.

Dated: 3-13-07

HON. SAUNDRA BROWN ARMSTRONG
United States District Judge